Robert M. Nicoud, Jr.
State Bar No. 15017900
OLSON NICOUD & GUECK, L.L.P.
1201 Main Street, Suite 2470
Dallas, Texas 75202
(214) 979-7300 - Telephone
(214) 979-7301 - Facsimile
Email: rmnicoud@dallas-law.com

ATTORNEYS FOR KERNELL THAW

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STANLEY THAW | § | CASE NO. 11-43603 |
| | § | CHAPTER 7 |
| Debtor. | § | |

**OBJECTION OF KERNELL THAW TO TRUSTEE'S APPLICATION
FOR TURNOVER OF PROPERTY OF THE ESTATE AND OBJECTION
<u>TO HOMESTEAD EXEMPTION</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Kernell Thaw, a party in interest, and files this Objection to the Application of the Trustee and would show this Court as follows:

1.  Kernell Thaw incorporates her Answer filed in adversary proceeding no. 12-4045. A copy of the Answer is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Kernell Thaw prays that this Court deny the Trustee's Application and award her such other and further relief to which she may show herself justly entitled.

Respectfully submitted,

OLSON NICOUD & GUECK, L.L.P.
1201 Main Street, Suite 2470
Dallas, Texas 75202
(214) 979-7300 - Telephone
(214) 979-7301 - Facsimile
Email: rmnicoud@dallas-law.com

By: /s/   Robert M. Nicoud, Jr.
     Robert M. Nicoud, Jr.
     State Bar No. 15017900

ATTORNEYS FOR KERNELL THAW

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2012, a true and correct copy of the foregoing document was sent via electronic means or by first class mail, postage prepaid to the persons shown below:

Richard L. Bufkin
The Bufkin Firm
3811 Turtle Creek Boulevard
Suite 800
Dallas, Texas 75219-4550

 /s/   Robert M. Nicoud, Jr.
Robert M. Nicoud, Jr.