EOD
03/20/2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STANLEY THAW, | § | Case No. 11-43603 |
| | § | (Chapter 7) |
| Debtor. | § | |

## **ORDER**

The Court has heard and considered the Objection to Homestead Exemption filed by Christopher Moser, acting as trustee for the above-styled debtor's chapter 7 estate. Upon due consideration of the pleadings, the evidence admitted at the hearing, and the argument of counsel, and for the reasons expressed in a Memorandum Opinion entered by the Court on this date pursuant to Federal Rule of Civil Procedure 52, made applicable to contested matters in bankruptcy cases by Federal Rules of Bankruptcy Procedure 7052 and 9014, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Christopher Moser's Objection to Homestead Exemption is **SUSTAINED** and the debtor's claim of exemption under Texas law in the home located at 5197 Brandywine Lane in Frisco, Texas, is **DENIED.**

Signed on 3/20/2013

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE